1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DeFRANTZE LUCAS NOEL,

11            Plaintiff,                 No. CIV S-07-2510 MCD DAD P

12        vs.

13   DON MANNING, et al.,

14            Defendants.               <u>ORDER</u>

15   _____/

16            Plaintiff has requested an extension of time to file an amended complaint pursuant

17   to the court's order of May 7, 2008.  The court will grant the request; however, plaintiff is

18   cautioned to comply with the court's May 7 order.

19            Accordingly , IT IS HEREBY ORDERED that:

20            1.  Plaintiff's June 10, 2008 request for an extension of time is granted; and

21            2.  Plaintiff is granted sixty days from the date of this order in which to file his

22   amended complaint.

23   DATED: June 18, 2008.

24

25            _____

26   DAD:ja/4         DALE A. DROZD
     noel2510.36      UNITED STATES MAGISTRATE JUDGE