IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DeFRANTZE LUCAS NOEL,

    Plaintiff,                                    No. CIV S-07-2510 MCE DAD P

    vs.

DON MANNING, et al.,

    Defendants.                               ORDER

_____/

        Plaintiff, an inmate at the Sacramento Mail Jail, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 7, 2008, the court dismissed plaintiff's complaint and granted plaintiff leave to file an amended complaint.  The court noted that plaintiff's complaint was difficult to decipher and failed to either clearly identify plaintiff's claims or allege facts showing the involvement of the twenty-five named defendants.  On June 19, 2008, the court granted plaintiff an extension of 60 days to file his amended complaint.  Plaintiff now seeks an additional sixty days for that purpose and explains that he "went pro-per in two (2) criminal matters now pending before the Sacramento County Superior Court which is the subject matter of this suit."  (Pl.'s Req. for Extension at 1.)

        The court will grant plaintiff a final extension of thirty days in which to file an amended complaint in this action.  Plaintiff is cautioned that his involvement in other court

1

proceedings do not provide good cause for continuous delays in this action. Should plaintiff fail to file a timely amended complaint, the court will recommend that this action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 18, 2008 request for an extension of time (Doc. No. 12) is granted in part;

2. Plaintiff is granted thirty days from the date of this order in which to file his amended complaint as set forth in the court's May 7, 2008 order; and

3. No further extensions of time will be granted for this purpose and plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: August 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak/4
noel2510.36b

2