IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DeFRANTZE LUCAS NOEL,

    Plaintiff,                        No. CIV S-07-2510 MCE DAD P

    vs.

DON MANNING, et al.,

    Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

        By order filed May 7, 2008, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On June 19, 2008, plaintiff was granted an additional sixty days to file an amended complaint. On August 25, 2008, plaintiff was granted yet an additional thirty days to file an amended complaint. Plaintiff was cautioned that no further extensions of time will be granted for this purpose and that failure to do so would result in a recommendation that this action be dismissed. That period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."   Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).
6  DATED: October 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10  DAD:lg
noel2510.fta.ext